**Motion Granted and Abatement Order filed January 29, 2019**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00956-CV**
**NO. 14-18-01005-CV**
_____

**LOWELL VERMILLION, Appellant**

**V.**

**EPIC LIFT SYSTEMS, LLC, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-63586**

---

## ABATEMENT ORDER

The parties filed a joint motion for a "thirty-day extension of all deadlines, including the current deadline for Appellant's brief" in these appeals. The motion states the parties are in "good-faith settlement negotiations," and they expect any resolution of the matter to occur within the next 30 days.

We **GRANT** the parties' motion to extend and, on our own motion, we **ABATE** these appeals. The appeals are abated, treated as closed cases, and removed

from this court's active docket until **April 1, 2019**. The appeals will be reinstated on this court's active docket at that time, or when a motion to reinstate or motion to dismiss the appeals is filed. The court may reinstate the appeals on its own motion.

If the appeal is not dismissed, appellant's brief in each appeal will be due 20 days after that appeal is reinstated.

PER CURIAM